In the Matter of the Application of WEBSTER-KRESS REALTY CORPORATION, Respondent, for a Mandamus Order against WILLIAM H. SWITZER, as Building Inspector of the City of New Rochelle, Appellant.— Motion for reargument of motion to dismiss appeal denied. Motion for leave to appeal to the Court of Appeals from order denying motion to dismiss appeal denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

MARGARET LAFRENIERE, Plaintiff, v. HAMBLETON CORPORATION and Others, Defendants. DROESCH REALTY CORPORATION, Appellant; SAMUEL B. HEIMAN, Respondent.— Motion to restrain respondent from withdrawing moneys granted. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

DAVID NISSENWITZ, Respondent, v. JENNIE YUSTEIN, MARY COHEN, MAX YUSTEIN and HARRY COHEN, Appellants.— Motion to dismiss appeal granted. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

HATTIE OBLO and MINNIE M. REID, Appellants, v. CORBELL REALTY CORPORATION and Others, Respondents.— Motion for stay restraining defendants from voting preferred stock pending appeal granted upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that plaintiffs, within five days from the entry of the order herein, give an undertaking with corporate surety in the sum of $2,500, to hold the corporation harmless against any loss in making a sale of the property by virtue of the stay; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BRADY and Others, Appellants.— Motion to dismiss appeal granted. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE S. ABELL, Appellant, v. JOHN H. CLARKSON and Others, as and Composing the Board of Trustees of the Village of Cornwall, Appellants. JOHN E. PRESTON and WILLIAM W. STUART, Amici Curiæ.— Motion for leave to file brief as amici curiæ granted upon payment of accrued costs and service of brief upon the attorney for respondent within five days from the entry of the order herein. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS SENDROWITZ, Appellant, v. SHERIFF OF KINGS COUNTY, Respondent. In the Matter of Supplementary Proceedings: DORA TOPAL, Respondent, v. LOUIS SENDROWITZ, Appellant.— Motion to admit appellant to the jail liberties denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.

CLARENCE W. ROBERTS, Respondent, v. CARROLL M. HALL, Appellant.— Motion for reargument denied. Present — Young, Kapper, Lazansky and Hagarty, JJ.; Carswell, J., taking no part.

HARRY ROSENWASSER, INC., Respondent, v. QUEENS MANOR CONSTRUCTION CO., INC., and ALFRED AUSLANDER, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Kapper, Lazansky, Hagarty and Carswell, JJ.